NOTE:  This order is nonprecedential.

# United States Court of Appeals
# for the Federal Circuit

---

**FRANKLIN R. PERKINS,**
*Petitioner,*

**v.**

**MERIT SYSTEMS PROTECTION BOARD,**
*Respondent.*

---

2013-3074

---

Petition for review of the Merit Systems Protection Board in No. DA315I120162-I-1.

---

## ON MOTION

---

## O R D E R

Franklin R. Perkins moves to compel the agency to "preserve all relevant documentation" and "to make it available for review by the employee or his or her representative."

To the extent that Mr. Perkins is arguing the merits of his case, those arguments belong in his brief not in a motion.

Accordingly,

FRANKLIN PERKINS V. MSPB                                          2

    IT IS ORDERED THAT:

The motion to compel is denied.


                    FOR THE COURT


                     /s/ Daniel E. O'Toole
                    Daniel E. O'Toole
                    Clerk

s21